**Todd SCHAEFFER, Plaintiff–Appellant,**

v.

**ADEX CORPORATION, Defendant–Appellee.**

No. 15–1058.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 20, 2015.

Todd Schaeffer, Appellant Pro Se. Seth Abram Schaeffer, McGuirewoods, LLP, Richmond, Virginia, for Appellee.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd Schaeffer appeals the district court's orders dismissing his complaint for failing to state a claim, denying his motion for judgment, and denying his motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Schaeffer v. ADEX Corp.*, No. 1:14–cv–01127–TSE–TCB (E.D.Va. Nov. 25, 2014; Dec. 19, 2014; Dec. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*